Counsel listed on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DISTRICT

| | |
|---|---|
| DAILY CELLARS LLC, | CASE NO. 3:18-cv-1641-RS |
| Plaintiff, | ORDER<br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii).** |
| v. | |
| JEAN-CLAUDE BOISSET WINES U.S.A., INC., | |
| Defendant. | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the DISMISSAL WITH PREJUDICE of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**


Dated:  October 24, 2018                          Respectfully Submitted,

                                                  POLSINELLI LLP


                                                  _/s/ Jason A. Wietjes_
                                         By:       Jason A. Wietjes

                                                  Jason A. Wietjes (*Admitted Pro Hac Vice*)
                                                  jwietjes@polsinelli.com
                                                  POLSINELLI PC
                                                  2950 N. Harwood Street, Ste. 2100
                                                  Dallas, TX 75201
                                                  T:  214-661-5519
                                                  F:  214-397-0033

                                                  Teri H.P. Nguyen (SBN 267498)
                                                  thpnguyen@polsinelli.com
                                                  POLSINELLI LLP
                                                  1661 Page Mill Road, Ste. A
                                                  Palo Alto, CA 94304
                                                  Tel:    650-461-7706
                                                  Fax:    650-461-7701

                                                  Attorneys for Plaintiff
                                                  DAILY CELLARS LLC

Dated: October 24, 2018

Respectfully Submitted,

DONAHUE FITZGERALD LLP


*/s/ Daniel J. Schacht*

By:    Daniel J. Schacht

Daniel J. Schacht (SBN 259717)
dschacht@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
T:  510-451-3300
F:  510-451-1527

Attorneys for Defendant
JEAN-CLAUDE BOISSET WINES
U.S.A., INC.

- 2 -

# [~~PROPOSED~~] ORDER

Pursuant to the Joint Stipulation for Dismissal With Prejudice, it is so ordered that the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 10/25/18

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

- 3 -